

**ORDERED in the Southern District of Florida on June 13, 2019.**

*Raymond B. Ray, Judge*
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

IN RE:

DANIEL G. GASS                                    CASE NO. 17-10709-RBR
                                                  CHAPTER 7
    Debtor.
_____/

DANIEL G. GASS                                    Adv. No. 17-01286-RBR
    Plaintiff,

vs.

UNITED STATES OF AMERICA,
DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE,
    Defendants.
_____/

### ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT [ECF NO. 32]

    **THIS CAUSE** came before the Court for hearing on June 5, 2019, at 10:00 a.m., upon the

*United States of America's Motion for Summary Judgment and Memorandum of Law in Support*

1

*of Summary Judgment* (the "Motion for Summary Judgment") [ECF No. 32], and having reviewed the Motion for Summary Judgment, and for the reasons stated on the record at the hearing, and having found good cause to grant the Motion for Summary Judgment, it is:

**ORDERED AS FOLLOWS:**

1. The United States of America's Motion for Summary Judgment is **GRANTED**.

2. The Plaintiff's 1040 income tax liabilities for the tax years 2001, 2004, and 2012, are dischargeable as to the Plaintiff because they are not excepted from discharge pursuant to 11 U.S.C. § 523(a)(1), and, therefore shall be deemed discharged through the discharge entered in Plaintiff's underlying Chapter 7 case.

3. Any Notices of Federal Tax Lien properly filed with respect to the Plaintiff's 1040 income tax liability for tax years 2001, 2004, and 2012, shall remain in full force and effect as to any property or rights to property held by the Plaintiff as of the date of the Petition in bankruptcy, including any property abandoned by the bankruptcy estate and any exempt property.

4. Plaintiff's tax liabilities for civil penalties, including accumulated interest thereon, for periods in 2007, 2008, 2009, 2010, and 2011, are nondischargeble pursuant to 11 U.S.C. § 523(a)(1)(A) and, therefore, were not discharged through the discharge order entered in Plaintiff's underlying Chapter 7 case.

###

Submitted by:
Annika M. Miranda, Assistant United States Attorney
Florida Bar No. 64975
United States Attorney's Office
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
Telephone: (305) 961-9303/Facsimile: (305) 530-7139
E-mail: Annika.Miranda@usdoj.gov

*AUSA Annika M. Miranda is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.*